UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00036 |
| | ) | JUDGE CAMPBELL |
| DAVID LEE HILL | ) | |

## ORDER

Pending before the Court is Defendant David Lee Hill, Jr.'s pro se Motion to Dismiss Indictment (Docket No. 63). The Government shall respond to the Motion by August 15, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE